IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| PRESQRIBER, LLC,<br><br>   Plaintiff,<br><br>  v.<br><br>COMPUTER PROGRAMS AND SYSTEMS, INC.,<br><br>   Defendant. | Civil Action No. 6:14-cv-00445<br><br>JURY TRIAL DEMANDED |

## COMPUTER PROGRAMS AND SYSTEMS, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to rule 7.1 of the Federal Rules of Civil Procedure, Defendant Computer Programs and Systems, Inc. ("CPSI") states that there is no parent corporation or publicly held corporation that owns 10% or more of CPSI's stock.

Dated: June 23, 2014

Respectfully submitted,

McDERMOTT WILL & EMERY LLP

*/s/ James Hill*
James Hill (CA Bar No. 200920) - Lead Attorney
jhill@mwe.com
Daniel Foster (CA Bar No. 179753)
dfoster@mwe.com
Gregory Yoder (CA Bar No. 274702)
gyoder@mwe.com
4 Park Plaza, Suite 1700
Irvine, CA 92614
Ph: 949-851-0633

ATTORNEYS FOR DEFENDANT COMPUTER PROGRAMS AND SYSTEMS, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 23, 2014. Any other counsel of record will be served by first-class U.S. mail on this same date.

                                             */s/ Gregory Yoder*
                                             Gregory Yoder